Roy "Pete" PETREY

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

May 8, 1959.

Joe S. Feather, Williamsburg, for appellant.

Jo M. Ferguson, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion by Roy "Pete" Petrey for an appeal from a judgment convicting him of the offense of possession of alcoholic beverages in dry territory for the purpose of sale, and fixing his punishment at a fine of $100 and 30 days' imprisonment.

We find no error prejudicial to the substantial rights of the appellant.

The motion for an appeal is overruled and the judgment stands affirmed.